## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CHARLES O. SHEPHARD,

       Plaintiff,

                              Case No. 3:22-cv-5-MMH-LLL

v.

NANCYE WALLS and FLAGLER
COUNTY SHERIFF'S OFFICE,

       Defendants.

_____/

### O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation for Dismissal Without Prejudice (Dkt. No. 9; Report), entered by the Honorable Laura Lothman Lambert, United States Magistrate Judge, on May 16, 2022. In the Report, Judge Lambert recommends that this case be dismissed for failure to prosecute. See Report at 1, 2. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d

776, 779 n.9 (11th Cir. 1993); <u>see</u> <u>also</u> 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions <u>de</u> <u>novo</u>.  <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation for Dismissal Without Prejudice (Dkt. No. 9) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10, Local Rules, United States District Court, Middle District of Florida.

3. The Clerk of Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of June, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party